

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2018

No. 04-18-00632-CV

Andrea **PEREZ**,
Appellant

v.

Santos **SPARKMAN**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2018-CV-0246
Honorable Robin V. Dwyer, Judge Presiding

# O R D E R

On September 6, 2018, appellant Andrea Perez filed, in conjunction with her notice of appeal, a "Plea for Emergency Stay and Review of Excessive Supersedeas Bond," requesting this court to stay a writ of possession set to issue on September 7, 2018. After consideration, we GRANT the "Plea for Emergency Stay and Review of Excessive Supersedeas Bond" and ORDER the writ of possession to not issue until further order of this court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court